UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| PAUL LOPEZ, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:17-cv-1673-VEH-JEO |
| SCOTT HASSELL, Warden of Etowah County Detention Center, et al., | ) |
| Respondents. | ) |

**MEMORANDUM OPINION**

This is a habeas corpus action under 28 U.S.C. § 2241, filed by Petitioner Paul Lopez, *pro se*. Petitioner challenges the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act. (*See* Doc.1). Respondents have moved to dismiss the action as moot, on the ground that Petitioner has been released from the U.S. Immigration and Customs Enforcement ("ICE") custody. (Doc. 16).

Respondents' motion is supported by a declaration by an ICE Assistant Field Office Director who states that Petitioner was released from ICE custody on an Order of Supervision on April 11, 2018. (Doc. 16-1). As a result, Petitioner's habeas corpus claim for release under an order of supervision or for repatriation is moot because the court can no longer provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Respondents' motion is due to be granted and this action is due to be dismissed. A separate Final Order will be entered.

**DONE** and **ORDERED** this 24th day of April, 2018.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge